# The Rose Law Group, PLLC
## Attorneys at Law

Jesse C. Rose, Esq.
JRose@TheRoseLawGroup.com
31-09 Newtown Avenue, Suite 309, Astoria, New York 11102
Direct: (718) 989-1864 Fax: (917) 831-4595
www.TheRoseLawGroup.com

March 19, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: 3/20/2020

**Via ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Scicluna et al v. Sierra Real Estate, LLC. et al.
Case No.: 1:20-cv-0076 20-cv-762

Dear Judge Schofield:

I write to request an adjournment of the initial conference scheduled in the above captioned case, currently scheduled to take place on March 24, 2020 at 10:30 AM. This is the first request for adjournment. Defendants have not yet answered and service has not been effectuated. Waivers of Service were sent to all Defendants on or about January 31, 2020. David Lichtenberg, Esq. from Fisher & Phillips LLP contacted my office on March 18, 2020 to inform me that he believes he will be retained by all Defendants, that he will be able to accept service if and when that happens, and that he hopes to have the authority to appear and accept service shortly. I respectfully request that the conference be rescheduled at the Court's convenience, but at least forty-five (45) days in the future to provide Mr. Lichtenberg the time necessary to be retained and file an Answer.

Thank You for Your Honor's time and attention to this matter. If you have any questions or concerns, please do not hesitate to ask.

Application GRANTED in part. The March 24, 2020, 10:30 a.m., conference is adjourned until **May 7, 2020, at 10:50 a.m**. The parties shall file their joint conference materials, in accordance with Dkt. No. 6, at least 7 days before the conference. Plaintiff shall file the waivers of service or affidavits of service as soon as possible, and transmit a copy of this Order to Mr. Lichtenberg.

Dated: March 20, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

Jesse C. Rose

CC: David Lichtenberg, Esq. (Via Email)