# The Rose Law Group, PLLC
Attorneys at Law

Jesse C. Rose, Esq.
JRose@TheRoseLawGroup.com
31-09 Newtown Avenue, Suite 309, Astoria, New York 11102
Direct: (718) 989-1864  Fax: (917) 831-4595
www.TheRoseLawGroup.com

April 30, 2020

**Via ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Scicluna et al v. Sierra Real Estate, LLC. et al.
      Case No.: 1:20-cv-~~XXXX~~ 762

Dear Judge Schofield:

I write to request an adjournment of the initial conference scheduled in the above captioned case, currently scheduled to take place on May 7, 2020 at 10:50 AM. This is the second request for adjournment. Defendants have not yet answered, however, counsel for the Defendants has agreed to accept service. Defendants' counsel consents and joins in the request which is necessary for the pleadings to be filed as described herein.

The Parties are presently in the final stages of drafting a stipulation which will dismiss several Defendants without prejudice. The Parties also request until May 15, 2020 for Plaintiffs to file their Amended Complaint which will be updated for the dismissed parties and substitute two Parties who have been identified as the appropriate corporate entities. Defendants request to then file their Answer to the Amended Complaint by May 29, 2020. David Lichtenberg, Esq. from Fisher & Phillips LLP (cc'd hereto), has reviewed and consents to this schedule on behalf of all Defendants. We request that the conference be rescheduled for after the May 29, 2020 date.

Thank You for Your Honor's time and attention to this matter. If Your Honor has any questions or concerns, please do not hesitate to ask.

Respectfully Submitted,

*Jesse C. Rose*

CC: David Lichtenberg, Esq. (Via Email)

Plaintiffs shall file their Amended Complaint by **May 15, 2020**. Plaintiffs shall file proof of service or waivers of service of this Amended Complaint, which will determine by when Defendants shall answer or otherwise respond per FRCP 15(a)(3).

The initial pre-trial conference scheduled for May 7, 2020, is adjourned to **May 28, 2020, 10:50 a.m**. The parties are reminded to file their joint letter and proposed case management plan at least seven days before the conference, or by **May 21, 2020**. The parties are also reminded that, pursuant to the Individual Rules, requests for extensions must be made at least two business days before the deadline.

Date: May 1, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE