UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NATANIEL SCICLUNA, et al.,
                    Plaintiffs

-against-

LEE & ASSOCIATES NYC LLC, et al.
                    Defendants.
------------------------------------------------------------X

20 Civ. 762 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for May 28, 2020;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the May 28, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED**, regarding settlement discussions, the parties' request for a referral for mediation is **GRANTED**. The referral will issue in a separate order.

    The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances.

Dated: May 22, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE