UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
NATANIEL SCICLUNA, et al.,                                    :
                        Plaintiffs                :
                                                              :   20 Civ. 762 (LGS)
            -against-                                   :
                                                              :   <u>ORDER</u>
LEE & ASSOCIATES NYC LLC, et al.                              :
                        Defendants.               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court has been informed that the parties have reached a settlement in principle. It is hereby

      **ORDERED** that, by **September 14, 2020**, the parties shall file: (i) the settlement agreement to the Court; and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses. It is further ORDERED that any pending deadlines are CANCELLED.

Dated: August 24, 2020
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**