UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
NATANIEL SCICLUNA, et al., :
                Plaintiffs, :
: 20 Civ. 762 (LGS)
        -against- :
: ORDER
LEE & ASSOCIATES NYC LLC, et al., :
:
                Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties filed a joint letter along with their settlement agreement and attorney billing information (Dkt. No. 39), in this action arising under the Fair Labor Standards Act.  Per the Order at Dkt. No. 40, Plaintiff's counsel confirmed that the billing information provided accurately reflects contemporaneous records of attorney time billed (Dkt. No. 41).  It is hereby

    **ORDERED** that the settlement agreement, is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012).  It is further

    **ORDERED** that Plaintiffs' counsel's request for $22,500.00, including attorneys' fees and costs, is **GRANTED**.  The remainder of the settlement shall be distributed to Plaintiffs.  It is further

    **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: October 27, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE